REV 5/11

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.

KYLE OAKLEY

(list each defendant appearing at hearing)

Case No.: 3:13-00097-16

Judge: Kevin H. Sharp

Hearing Date: August 1, 2014

Location: ☑ Nashville ☐ Columbia ☐ Cookeville

Court Reporter: Wynette Blathers

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Brent Adams Hannafan

Defense Attorney(s): Roger N. Taylor

## TRIAL PROCEEDINGS

1. JuryTrial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

***For items 1-6, a Witness/Exhibit List is required and must be separately filed.***

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☑
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
   (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.
7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Plea accepted, Sentencing set for September 5, 2014, at 2:30 p.m.

Total Time in Court: 30 Minutes

KEITH THROCKMORTON, Clerk

by: Angie Brewer