REV 5/11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | Case No.: 3:13-00097-16 |
| KYLE OAKLEY | Judge: Kevin H. Sharp |
| (list each defendant appearing at hearing) | Hearing Date: September 5, 2014 |
| | Location: ☑ Nashville ☐ Columbia ☐ Cookeville |
| | Court Reporter: Wynette Blathers |
| | Court Interpreter: |

# CRIMINAL MINUTES

Government Attorney(s): Brent Adams Hannafan

Defense Attorney(s): Roger N. Taylor

## TRIAL PROCEEDINGS

1. JuryTrial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

***For items 1-6, a Witness/Exhibit List is required and must be separately filed.***

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☑
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| | | | |
|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

Defendant sentenced to a term of imprisonment of time served and a term of supervised release of 3 years; no fine; special assessment of $100; advised of right to appeal; judgment to enter.

Total Time in Court: 10 Minutes

KEITH THROCKMORTON, Clerk

by: Angie Brewer